The relief described hereinbelow is SO ORDERED.

Signed April 06, 2016.



_____
Ronald B. King
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-60790-RBK-13 |
| MYRNA M. HAWKINS FKA MYRNA GILLARD | § § | CHAPTER 13 |
|     DEBTOR | § § | |
| MID AMERICA MORTGAGE, INC, ITS SUCCESSORS AND ASSIGNS, | § § | MOTION FOR RELIEF HEARING DATE: |
|     MOVANT | § | **April 05, 2016,** |
| VS. | § | **1:30PM** |
| MYRNA M. HAWKINS FKA MYRNA GILLARD AND G. RAY HENDREN, TRUSTEE | § § | |
|     RESPONDENT | | |

<u>AGREED ORDER CONDITIONALLY MODIFYING AUTOMATIC STAY</u>
(12)

CAME ON before the Court for consideration the Motion For Relief From Automatic Stay

Against Property filed by MID AMERICA MORTGAGE, INC, ITS SUCCESSORS AND

ASSIGNS, Movant, and any response of Debtor/Respondent. The Court finding that the parties have reached an agreement conditionally modifying the Automatic Stay of 11 U.S.C. §362 ("Automatic Stay"), it is accordingly:

**ORDERED** that the Automatic Stay shall remain in effect, except as modified herein. It is further

**ORDERED** that pursuant to the terms of that one certain Promissory Note executed by Debtor and now payable to Movant, secured by a Deed of Trust encumbering the real property more fully described hereinafter, Debtor shall pay either directly to Movant or through the Trustee, timely when due, each monthly installment that falls due on or after the first day of May 1, 2016. It is further

**ORDERED** that Debtor shall file a Plan Modification Request within thirty (30) days following entry of this Order to include the Post-Petition Arrearage in the amount of **$6,187.45**. Said funds shall be applied to the post-petition mortgage installments as follows:

**Monthly Mortgage Payments: 7 at $578.76 from 07/01/2015 to 01/01/2016 = $4,051.32**
                               **3 at $575.66 from 02/01/2016 to 04/01/2016 = $1,726.98**
**Attorney Fees: $474.00**
**Attorney Costs: $176.00**
**Suspense: ($240.85)**
**Total Post-Petition Arrearages: $6,187.45**

It is further **ORDERED** that the "Post-Petition Arrearage" specified herein shall be included in a Notice of Post-Petition Fees, Expenses, and Charges to be filed by Movant pursuant to FRBP 3002.1. It is further

**ORDERED** that Debtor(s) shall provide to Movant, within thirty (30) days following entry of this Order, proof of payments made to Movant, but not credited to Debtor's account. In the event Debtor should provide such proof, Movant shall adjust its records accordingly. It is further

**ORDERED** that Debtor shall make all Trustee payments according to the Plan. Debtor shall keep all Trustee payments current. It is further

**ORDERED** that the above referenced mortgage installments and additional payments to bring arrearages current shall be made to the mortgage company at the following address:

Cenlar FSB
Attn: FC or BK Department
425 Phillips Blvd
Ewing, NJ 08618

It is further **ORDERED** that if Debtor defaults on any of the terms of this Order, Movant shall mail notice of the default to Debtor by certified mail, return receipt requested, and by regular mail. Unless Debtor cures the default within ten (10) days of the date Movant mails the notice, the Automatic Stay shall be and is hereby ordered lifted with respect to Movant, its assignees and/or successors in interest. Movant shall send Notice of Default to Debtor on 2 separate occasions only. Upon the third default by the Debtor to comply with the terms herein, the Automatic Stay shall be ordered lifted with respect to Movant without further notice to Debtor. If Debtor defaults under the terms of this Order and the automatic stay is lifted, Movant and its assignees and/or successors in interest shall be excepted from the Automatic Stay is authorized to enforce its lien and to pursue its statutory and contractual remedies to gain possession of the following described real property:

LOT FORTY-SEVEN (47), BLOCK ONE (1), TEXAS TRAILS ADDITION, AN ADDITION TO THE CITY OF KILLEEN, BELL COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT OF RECORD IN CABINET A, SLIDE 94-D, PLAT RECORDS OF BELL COUNTY, TEXAS.

Also known as:
3009 PANHANDLE DRIVE
KILLEEN, TX 76542

It is further **ORDERED** that in the event this case is converted to another Chapter of the Bankruptcy Code, the automatic stay shall lift without further notice except to the extent the property described above is non-exempt property, and any and all arrearages owed to Movant by

Debtors shall become due and payable immediately. It is further

**ORDERED** that Movant shall give notice to the Trustee immediately upon foreclosure and that Movant shall amend or withdraw its claim herein within twenty (20) days after foreclosure. It is further

**ORDERED** that in the event this case is dismissed and not reinstated, the agreements reached between the parties in this order are cancelled, of no further effect, and neither party shall be bound by the agreements made herein. It is further

**ORDERED** that upon termination of stay, Movant shall be exempt from further compliance with FRBP 3002.1 in this case.

### # # # END OF ORDER # # #

\*      The signature of Movant's counsel shown below is an affirmative representation to the Court that Movant has complied with Bankruptcy Rule Number 4001.

APPROVED AS TO FORM AND ENTRY REQUESTED:
*Codilis & Stawiarski, P.C.*


By: /s/ Thomas F. Jones III *
Yvonne V. Valdez SBOT 24069019
Thomas F. Jones III SBOT 10974400
650 N. Sam Houston Parkway East, Suite 450
Houston, Texas 77060 (281) 925-5200
Facsimile: (281) 925-5300
**ATTORNEYS FOR MOVANT**

_____
EVAN M. SIMPSON
3925-A SOUTH JACK KULTGEN FREEWAY
WACO, TX 76706
**ATTORNEY FOR DEBTOR**

44-14-3075
XXXXX4121
HAWKINS, MYRNA M
VA